UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JENNIFER RODRIGUEZ,

                Plaintiff,

    -against-

21ST CENTURY COSMETIC DENTAL LUNG
CHAO DDS, P.C.,

                Defendants.
----------------------------------------------------------X

ORDER
13-CV-6806 (JFB)(WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 26 2013  ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

Plaintiff filed her complaint on December 4, 2013. On December 22, 2013, Edward Meirov, the manager of defendant 21st Century Cosmetic Dental Lung Chao DDS, P.C., sent a letter to the Court responding to plaintiff's allegations and informing the Court that defendant cannot afford to hire an attorney.

IT IS HEREBY ORDERED that the parties shall participate in a telephone conference with the Court on Tuesday, January 7, 2014, at 4:30 p.m. At that time, counsel for plaintiff shall initiate the call and, once all parties are on the line, shall contact Chambers at (631) 712-5670. Mr. Meirov is directed to participate in the call on behalf of defendant.

SO ORDERED.

JOSEPH F. BIANCO
United States District Judge

Dated: December 26, 2013
        Central Islip, New York