UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER RODRIGUEZ,

                Plaintiff,

     -against-

21ST CENTURY COSMETIC DENTAL LUNG
CHAO DDS, P.C.,

                Defendants.
-----------------------------------------------------------X

ORDER
13-CV-6806 (JFB)(WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 07 2014 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that defendant must appear through an attorney and answer the complaint by February 24, 2014.

IT IS FURTHER ORDERED that if defendant does not appear through an attorney and answer the complaint by that date, plaintiff may request a certificate of default and move for default judgment.

SO ORDERED.

JOSEPH F. BIANCO
United States District Judge

Dated:     January 7, 2014
             Central Islip, New York