

**GTPC** GARY TSIRELMAN P.C.
ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
dgrace@gtmdjd.com

| Gary TSIRELMAN M.D. | Stefan BELINFANTI | Douglas MACE |
| Darya KLEIN | Ilya MURAFA | Edward SADOWSKY |
| Selina CHIN | Daniel GRACE | Stephen GURFINKEL |
| Irena GOLODKEYER | Nicholas BOWERS | Dominick DALE |
| David GOTTLIEB | Sarah A. ADAM | Yiting DU |
| Viktoriya LITVENKO | Joseph PADRUCCO | Sebastian MELO |

04/10/2014

**By ECF**
The Hon. Magistrate William D. Wall
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

RE:   Jennifer Rodriguez vs. 21st Century Cosmetic Dental Lung Chao DS,
P.C.  Case # 13-CV-06806

Dear Judge Wall:

Both parties have conferred in this matter pursuant to Rule 26(f). We submit this joint letter, not as an objection to the dates provided by your Honor in the Proposed Scheduling Order (ECF Document 11-1), but to submit additional proposed deadlines to the Court.

The proposed deadlines are as follows;

Initial disclosures pursuant to Rule 26(a)(1) are to be served by April 30, 2014.

Initial written discovery demands are to be served by May 31, 2014.

We are thankful for the Court's consideration

Respectfully Submitted,

\_\_\_\_/s/_____
Daniel Grace