UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
JENNIFER RODRIGUEZ,  Case No. 2:13-cv-06806-JFB-WDW
        Plaintiff,

   -against-

21st CENTURY COSMETIC DENTAL LUNG CHAO DDS, P.C.,  Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

ARIEL Y. GRAFF
_____
FILL IN ATTORNEY NAME

~~My~~ EDNY Bar Number is: AG-8039   My State Bar Number is 4507851

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: THE OTTINGER FIRM, P.C.
           FIRM ADDRESS: 20 W. 55TH ST. 6TH FL., NEW YORK, NY 10019
           FIRM TELEPHONE NUMBER: (212) 571-2000
           FIRM FAX NUMBER: (212) 571-0505

NEW FIRM:  FIRM NAME: THE OTTINGER FIRM, P.C.
           FIRM ADDRESS: 401 PARK AVE. SOUTH, NEW YORK, NY 10016
           FIRM TELEPHONE NUMBER: (212) 571-2000
           FIRM FAX NUMBER: (212) 571-0505

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 23, 2014           /s/ Ariel Y. Graff
                                                        ATTORNEY'S SIGNATURE