UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JENNIFER RODRIGUEZ,

                    Plaintiff,                    **ORDER**
                                                    CV 13-6806 (JFB) (SIL)

          -against-

21ST CENTURY COSMETIC DENTAL LUNG
CHAO DDS, P.C.,

                    Defendant.
--------------------------------------------------------X
**LOCKE, Magistrate Judge:**

       Defendant has moved, with Plaintiff's consent, for an extension of discovery deadlines in this matter. See Docket Entry [14]. The motion is granted to the following extent:

•     **March 11, 2015:** Completion of all discovery, inclusive of expert discovery.

•     **March 25, 2015**: Any party seeking to make a dispositive motion must take the first action beginning the motion process by this date or risk forfeiting the right to make such a motion.

•     The pretrial conference scheduled for February 4, 2015 is adjourned to **April 15, 2015 at 11:30 a.m.** in courtroom 820 of the Central Islip courthouse. A joint proposed pretrial order in compliance with the district judge's requirements must be electronically filed prior to this conference.

Dated: Central Islip, New York        **SO ORDERED:**
       December 19, 2014

                                /s/ Steven I. Locke
                             STEVEN I. LOCKE
                             United States Magistrate Judge